**6**

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion to vacate his guilty plea.

Affirmed. Rule 30.25(b).

CITY OF PLATTE CITY, Respondent,

v.

**Roland B. MILLER, Jr., Appellant.**

### No. WD 46866.

Missouri Court of Appeals,
Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Lyle Louis Odo, Platte City, for appellant.

Lisa Harris, City Prosecutor, Platte City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Roland B. Miller appeals from a conviction for resisting arrest. We affirm the judgment. Rule 30.25(b).

CITY OF PLATTE CITY, Respondent,

v.

**Roland B. MILLER, Jr., Appellant.**

### No. WD 46867.

Missouri Court of Appeals,
Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Lyle Louis Odo, Platte City, for appellant.

Lisa Harris, City Prosecutor, Platte City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Roland B. Miller appeals from a conviction for failing to follow a police officer's lawful order. We affirm the judgment. Rule 30.-25(b).

CITY OF PLATTE CITY, Respondent,

v.

**Roland B. MILLER, Jr., Appellant.**

### No. WD 46868.

Missouri Court of Appeals,
Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.